IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THE ESTATE OF CLARENCE SOLON PARKER,
DECEASED**  **PLAINTIFF**

v.  No: 4:23CV1180-JM

**CARL STEPHEN PARKER, et al.**  **DEFENDANTS**

### ORDER

Pursuant to Plaintiff's notice of voluntary dismissal, docket # 5, this case is hereby dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 3rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE